IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAIL JORDAN                                                                                                          PLAINTIFF

v.                                          NO. 4:14-cv-00068 JTK

CAROLYN W. COLVIN, Acting Commissioner                                        DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Gail Jordan. The final decision of the Acting Commissioner of the Social Security Administration is reversed, and this proceeding is remanded pursuant to "sentence four."

IT IS SO ORDERED this 6th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE